1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **KING TACO RESTAURANT, INC.**, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**CARLOS CAMACHO**, individually and doing business as **KING TACO DE CORTEZ**; **KING TACO DE CORTEZ**, a business entity of unknown form; and DOES 1–10, inclusive,<br><br>　　　　Defendants. | Case No.: SACV 12-00933-CJC(ANx)<br><br>**PERMANENT INJUNCTION** |

   This matter came before the Court on plaintiff King Taco Restaurant, Inc.'s ("King Taco") Application for Default Judgment against defendants Carlos H. Camacho and King Taco de Cortez (collectively, "Defendants"). On November 30, 2012, the Court issued an Order granting King Taco's application and finding that King Taco is entitled to permanent injunctive relief against Defendants.

IT IS HEREBY ORDERED that Defendants and their employees, contractors, agents, servants, representatives, and attorneys, and all persons acting in concert or participating with them, are permanently enjoined from the following:

1. Using the "King Taco Trademarks," identified in Schedule A attached hereto, in connection with Defendants' goods, marketing, advertising, or promotion materials, or otherwise in connection with Defendants' business.

2. Using the "King Taco Copyrights," identified in Schedule B attached hereto, in connection with Defendants' goods, marketing, advertising, or promotion materials, or otherwise in connection with Defendants' business.

3. Using confusingly similar variations of the "King Taco Trademarks," identified in Schedule A attached hereto, causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods and services.

This injunctive order is effective immediately.

DATED:   December 21, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

# SCHEDULE A

| Mark | Registration No. | Registration Date |
|---|---|---|
| "King Taco" word mark | 2,838,200 | May 4, 2004 |
| "King Taco Restaurants, Inc." stylized work mark | 2,838,199 | May 4, 2004 |
| King Taco's stylized design mark | 2,838,050 | June 15, 2004 |

# SCHEDULE B

"King Taco Burritos" Images

Copyright Registration No. VAu001102146

Registration Date May 9, 2012

| | |
|---|---|
| "Burrito 1" |  |
| "Burrito 2" |  |
| "Burritos" |  |